Closed

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TIYA CHRISTIAN,<br><br>      Plaintiff,<br><br>    v.<br><br>ALLSTATE NORTHBROOK<br>INDEMNITY COMPANY,<br><br>      Defendants. | Case No. 2:22-cv-01984-JFW-MARx<br><br>**ORDER DISMISSING ACTION<br>WITH PREJUDICE**<br><br><br>Courtroom 7A<br>The Hon. John F. Walter<br><br>Magistrate Judge Margo A. Rocconi |

IT IS ORDERED that, pursuant to the parties' signed Stipulation and for good cause shown, this action is hereby dismissed in its entirety, with prejudice, as to all parties and all causes of action.

IT IS FURTHER ORDERED that each side bear their own costs and attorneys' fees.

IT IS SO ORDERED.


Dated:  May 9, 2022

_____

JOHN F. WALTER
JUDGE OF THE U.S. DISTRICT COURT